IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KELLY MCAULIFF, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.: 12 C 004347 |
| OFCR. BABUSCH, LT. HOWARD METRA POLICE, and UNKNOWN METRA POLICE OFFICERS, | ) | JUDGE MATTHEW F. KENNELLY |
| Defendants. | ) | |

## STIPULATION TO DISMISS ACTION

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated: December 14, 2012

_____  
John Greenlees  
Attorney for Plaintif  
McDermott & McDermott, Ltd.  
600 Holiday Plaza Drive, Suite 500  
Matteson, Illinois 60443-2239  
708-747-9440

_____  
Marivel Montes  
Attorney for Defendants  
Metra Law Department  
547 W. Jackson Boulevard, 15th Fl.  
Chicago, Illinois 60661  
312-322-6693